ACCEPTED
06-14-00102-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/19/2015 4:46:14 PM
DEBBIE AUTREY
CLERK

NO. 06-14-00102-CV

IN THE SIXTH COURT OF APPEALS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/19/2015 4:46:14 PM
DEBBIE AUTREY
Clerk

Johnny E. Webb, III

Appellant

v.

Alex Rodriguez, et al.,

Appellees.

On appeal from
95th Judicial District Court, Dallas County, Texas
Hon. Ken Molberg, Presiding Judge

## APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Concurrent with the filing of this Motion for Extension of Time to File Brief, Appellees filed a Motion to Dismiss for Lack of Jurisdiction (the "Motion to Dismiss"). Pursuant to Texas Rule of Appellate Procedure 38.6(d) Appellees request an extension of the deadline to file their response brief from the current March 30, 2015 deadline until twenty-one (21) days after the Court rules on their Motion to Dismiss, and only if the Motion to Dismiss is denied.

2569912.1

In support of this Motion, Appellees respectfully show the following:

1. Appellees' response brief is currently due March 30, 2015. Appellees have not previously requested, nor has the Court granted, an extension of time to file their response brief.

2. As set forth in Appellees' Motion to Dismiss[1], the Court lacks jurisdiction to consider Appellant's appeal. Because the jurisdictional issue – previously observed by the Court and presented in the Motion to Dismiss – would dispose of Appellant's appeal, Appellees would be unduly burdened by having to prepare and file responsive briefing that is ultimately rendered moot by the Court's subsequent finding of a lack of jurisdiction. While Appellant is not required to file a reply brief, he would also be unduly burdened by the time and expense of preparing a brief that is unnecessary. Deferring briefing on the merits would also preserve the Court's resources, such as saving the Court's staff from working up the parties' briefing for submission.

3. Appellees therefore request the Court stay all further briefing on the merits until after it rules on the Motion to Dismiss. In the event the Court denies the Motion to Dismiss, Appellees request twenty-one (21) days from the date of the Court's order to file their response brief.

---

[1] Appellees incorporate by reference as if fully set forth herein their Motion to Dismiss.

## RELIEF REQUESTED

For these reasons, Appellees request the Court stay all further briefing on the merits until it rules on Appellees' Motion to Dismiss for Lack of Jurisdiction. In the event the Court determines it has jurisdiction over Appellant's appeal, Appellees request that the deadline for their response brief be reset to twenty-one (21) days from the date of the Court's order denying their Motion to Dismiss.

Respectfully submitted,

GRAY REED & McGRAW

By: /s/ Andrew K. York

ANDREW K. YORK
State Bar No. 24051554
JIM MOSELEY
State Bar No. 14569100

1601 Elm Street, Suite 4600
Dallas, Texas 75201
(214) 954-4135
(214) 953-1332 (Fax)

ATTORNEYS FOR APPELLEES LUCIEN TUJAGUE, JR., AND DOMINION GAS HOLDINGS, LP

HALLETT & PERRIN, PC


By: /s/ Bryan P. Stevens (with permission)
　　BRYAN P. STEVENS
　　State Bar No. 24051387
　　BARRETT C. LESHER
　　State Bar No. 24070137

1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
(214) 983-0053
(214) 922-4142 (Fax)

ATTORNEYS FOR APPELLEES
SHUK HOLDINGS, LLC AND
IDT ENERGY, INC.


GRUBER HURST JOHANSEN
HAIL SHANK LLP


By: /s/ Mark L. Johansen (with permission)
MARK L. JOHANSEN
State Bar No. 10670240
RAFAEL C. RODRIGUEZ
State Bar No. 24081123

1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
(214) 855-6800
(214) 855-6808 (Fax)

ATTORNEYS FOR APPELLEE
ALEX RODRIGUEZ

4

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 19, 2015, I conferred by email with Appellant's counsel, Darrell O'Neal, concerning the relief requested in this Motion. Mr. O'Neal responded that he opposed the Motion.

/s/ Andrew K. York
Andrew K. York

## CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. P. 9.5(b)(1), I hereby certify that on March 19, 2015, a true and correct copy of this Motion was forwarded to the persons listed below electronically through the electronic filing manager if the email address of the person is on file with the electronic filing manager, or by email if the email address is not on file.

Melvin Houston
Melvin Houston & Associates
1776 Yorktown St., Suite 350
Houston, Texas 77056
mhouston@gotellmel.com

Darrell J. O'Neal
2129 Winchester Road
Memphis, Tennessee 38116
domemphislaw@aol.com

Bryan Stevens
Hallett & Perrin, PC
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
BStevens@hallettperrin.com

Mark L. Johansen
Rafael C. Rodriguez
Gruber Hurst Johansen Hail Shank LLP
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
mjohansen@ghjhlaw.com
rrodriguez@ghjhlaw.com

/s/ Andrew K. York
Andrew K. York

6